JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GAUDENTI & SONS CORPORATION, a California corporation,<br><br>        Defendant. | Case No.  2:14-cv-8976-AB-SH<br><br>ASSIGNED TO THE HONORABLE ANDRÉ BIROTTE JR.<br><br>[~~PROPOSED~~] **ORDER RE: DISMISSAL** |

TO ALL PARTIES, AND THEIR LEGAL COUNSEL OF RECORD:

**IT IS HEREBY ORDERED** that:

(1)    Pursuant to the "Stipulation for Dismissal Without Prejudice, Subject to the Court Retaining Jurisdiction of the Action to Enforce Settlement Agreement" entered into by and between plaintiffs, Trustees of the Operating Engineers Pension Trust, et al., and defendant, Gaudenti & Sons Corporation, the above-entitled case shall be dismissed, without prejudice; and

(2)    This Court shall reserve and retain jurisdiction of this action and the parties to enforce the terms of the parties' Settlement Agreement.

Dated: March 4, 2015                    _____

HONORABLE ANDRÉ BIROTTE JR.
U.S. DISTRICT COURT JUDGE

10. LA14CV08976-AB-O.doc